1012

[No. 6042-6-II. Division Two. March 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
R. SIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 81-1-00031-5, John W. Schumacher,
J., entered December 18, 1981. *Affirmed* by unpublished
opinion per Worswick, J., concurred in by Petrich, C.J., and
Petrie, J.

[No. 5238-9-III. Division Three. March 27, 1984.]

PAUL M. BECK, ET AL, *Appellants,* v. REMMEL MATHIS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 79-2-00443-7, Fred R. Staples, J., entered
February 25, 1981. *Dismissed* by unpublished per curiam
opinion.

[No. 5319-9-III. Division Three. March 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIE
EARL TOWNSEND, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 4470, Duane E. Taber, J., entered
July 27, 1982. *Affirmed* by unpublished opinion per Mun-
son, C.J., concurred in by Green and Thompson, JJ.

[No. 6066-3-II. Division Two. March 28, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
L. DAWSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. JO1049, Joel Penoyar, J. Pro Tem., entered
December 7, 1981. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Petrich, C.J., and Reed, J.